**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Nigel P Smith,<br><br>Plaintiff,<br><br>vs.<br><br>Balkar S. Sidhu, Alberta Corporation d/b/a Road Wave Transport, and John Doe(s) 1-2,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER**<br><br><br><br>Case No. 1:24-cv-252 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 27, 2027, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 22nd day of October, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court